**Order entered July 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00433-CV

### CTMI, LLC, MARK BOOZER, AND JERROD RAYMOND, Appellants

### V.

### RAY FISCHER AND CORPORATE TAX MANAGEMENT, INC., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-15775**

## ORDER

The Court **GRANTS** appellants' July 28, 2014 second motion to extend time to file their brief. We **ORDER** the appellants' brief received on July 28, 2014 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE